**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1778

JOSEPH E. MACON,

Plaintiff - Appellant,

versus

CHARLES R. BEDDINGFIELD, their official
capacities as police officers for the City of
Williamston, County of Anderson; D. B. BROOKS,
their official capacities as police officers
for the City of Williamston, County of
Anderson; DAVID J. ROGERS, official capacity
as dogcatcher for the City of Williamston,
County of Anderson,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Henry F. Floyd, District Judge. (CA-
02-3734-8-26-BI)

Submitted: August 12, 2004          Decided: August 17, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Macon, Appellant Pro Se. Andrew Frederick Lindemann,
DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph E. Macon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Macon v. Beddingfield</u>, No. CA-02-3734-8-26-BI (D.S.C. filed June 7, 2004 & entered June 8, 2004). We deny appellees' motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>